**Linda Lang DOWNING, Appellant,**

v.

**Larry Dale DOWNING, Respondent.**

**No. WD 73521.**

Missouri Court of Appeals, Western District.

July 31, 2012.

Ray Edward Sousley, Kansas City, MO, for appellant.

Philip Oliver Willoughby, Jr., Kansas City, MO, for respondent.

Division One: JAMES M. SMART, Jr., P.J., LISA WHITE HARDWICK and GARY D. WITT, JJ.

PER CURIAM:

Linda Downing appeals from the trial court's judgment dissolving her marriage to Larry Downing. She challenges the trial court's division of marital property and valuation of certain marital assets.

We affirm. Rule 84.16(b).